NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMIEL JERRIDO, DOC #R90378,      )
                                  )
        Appellant,                )
                                  )
v.                                )      Case No. 2D18-4749
                                  )
STATE OF FLORIDA,                 )
                                  )
        Appellee.                 )
_____   )

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Pinellas
County; Joseph A. Bulone, Judge.

Howard L. Dimmig, II, Public Defender,
and Stephania A. Gournaris, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

        Affirmed.


KELLY, SALARIO, and ATKINSON, JJ., Concur.